IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | CIVIL NO. 07-00095 SOM/BMK |
| | ) | |
| UPLAND PARTNERS, a Hawaii Limited Partnership, | ) ) | (Bankr. Case No. 97-03746) |
| | ) | |
| Debtor, | ) ) | ORDER DENYING OCTOBER 1, 2007, MOTION FOR REHEARING; |
| WILLIAM S. ELLIS, JR., | ) ) | ORDER CERTIFYING AS NON-FRIVOLOUS THE NARROW ISSUE OF |
| Appellant | ) ) | WHETHER THE AMOUNT OF FEES AND EXPENSES AWARDED TO THE |
| vs. | ) ) | BANKRUPTCY TRUSTEE AND HIS ATTORNEYS IS EXCESSIVE; ORDER |
| RICHARD EMERY, TRUSTEE, and LYLE S. HOSODA & ASSOCIATES, LLC, | ) ) ) ) | DENYING AS UNNECESSARY OCTOBER 1, 2007, ALTERNATIVE MOTION TO AMEND ORDER TO INCLUDE NO. 07-80057 |
| Appellees. | ) | CERTIFICATION |

ORDER DENYING OCTOBER 1, 2007, MOTION FOR REHEARING; ORDER
CERTIFYING AS NON-FRIVOLOUS THE NARROW ISSUE OF WHETHER THE
AMOUNT OF FEES AND EXPENSES AWARDED TO THE BANKRUPTCY TRUSTEE AND
HIS ATTORNEYS IS EXCESSIVE; ORDER DENYING AS UNNECESSARY
OCTOBER 1, 2007, ALTERNATIVE MOTION TO
AMEND ORDER TO INCLUDE NO. 07-80057 CERTIFICATION

On October 1, 2007, William S. Ellis, Jr., filed a Motion for Rehearing and an Alternative Motion to Amend Order to Include No. 07-80057 Certification.  Because Ellis presents no coherent argument that affects the validity of this court's decision, his Motion for Rehearing is denied.  The court, however, pursuant to the Pre-Filing Review Order filed by the Ninth Circuit in <u>In re Ellis</u>, No. 07-80057 (Jul. 30, 2007),[1] expressly certifies as nonfrivolous the narrow issue of whether

---

[1] The Ninth Circuit order requires pre-filing review of appeals Ellis wishes to file, unless the appeal is filed by an attorney or this "court has expressly certified . . . that the appeal is not frivolous."

the amount of fees and expenses awarded to the Bankruptcy Trustee and his attorneys was excessive.  This means that, should Ellis take an appeal from the Judgment filed in this case, this court would consider that appeal not frivolous to the extent it appeals the determination that the amount of fees and expenses awarded to the Bankruptcy Trustee and his attorneys was reasonable under the extreme circumstances presented in the extensive litigation surrounding the underlying bankruptcy.  The court declines to certify as nonfrivolous any other issue raised by Ellis.

The present order makes it unnecessary to amend any previous order to include a certification.  As Ellis may simply cite the present partial certification, his Alternative Motion to Amend is denied.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 8, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

In re Upland Partners, CIVIL NO. 07-00095 SOM/LEK; ORDER DENYING OCTOBER 1, 2007, MOTION FOR REHEARING; ORDER CERTIFYING AS NON-FRIVOLOUS THE NARROW ISSUE OF WHETHER THE AMOUNT OF FEES AND EXPENSES AWARDED TO THE BANKRUPTCY TRUSTEE AND HIS ATTORNEYS IS EXCESSIVE; ORDER DENYING AS UNNECESSARY OCTOBER 1, 2007, ALTERNATIVE MOTION TO AMEND ORDER TO INCLUDE NO. 07-80057 CERTIFICATION